IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2024

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

**Jones**
District Judge
(Assigned by Clerk's Office)

**Sargent**
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:24-cv-00206__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS
OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)</u>

__David F. Brown__                                              __CR9400147-0-4__
Plaintiff Name                                                     Inmate No.

v.

__Scott Jenkins, 131 West Cameron Str. Culpeper VA__
Defendant Name & Address

__Dale Durrer, 135 West Cameron Str, Culpeper VA 22701__
Defendant Name & Address

__Carson Beard 135 West Cameron Str, Culpeper VA 22701__
Defendant Name & Address

__Paul Walther, 135 West Cameron Str, Culpeper VA 22701__
Defendant Name & Address

__Janice Corbin 135 West Cameron Str Culpeper VA 22701__
Defendant Name & Address

__Susan Whitlock 135, West Cameron Str, Culpeper VA 22701__
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT
NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*********************************************************************************

A. **Where are you now?** Name *and* Address of Facility:

__Western State Hospital PO Box 2500__
__Staunton VA 24402-2500__

Civil Action                                3/8/24

## Continued Names of Defendants

7. Scott Manuel 131 West Cameron Str, Culpeper Va 22701
8. Ethel Butler 131 West Cameron Str, Culpeper Va 22701
9. Robert Dorsey JR, 131 West Cameron Str, Culpeper Va 22701
10. Brian Taylor 131 West Cameron Str, Culpeper Va 22701
11. Ryan Gibson 131 West Cameron Str, Culpeper Va 22701
12. Frazier 131 West Cameron Str, Culpeper Va 22701
13. Capt, Washington, Victor, 131 West Cameron St Culpeper Va 22701
14. Willam Collins, 131 West Cameron Str, Culpeper Va 22701
15. Ricky Careara, 131 West Cameron Str, Culpeper Va 22701
16. Theresa Carter 135 West Cameron Str Culpeper Va 22701
17. Hoppson Carter 135 West Cameron Str, Culpeper Va 22701
18. James Reid, Attorney Spotsylvania Va 25511
19. Harold Clark, Director of The Department of Corrections

David F Brown   3/8/24
David F Brown

Civil Action                                    3/8/24

22.

22. State official, Elizabeth K. Dillion
     United States District Court Ronoake Va 24011

23 State official, Joel Hopp
     United States District Court Ronoake Va 24011

24. State official, Robert Ballard
     United States District Court Ronoake Va 24011

25. State official Robert Ballna
     United States District Court Ronoake Va 24011

26. State official John Roberts
     United States District Court Ronoake Va 24011

27 Rappahanock Shanondoah Warren Co.
    Regional Jail, R.S.W.

28 United States Government

29. Culpeper Co, Jail

30 Culpeper County
     Civil Rights Act 42 USC, 1983
     # 1st page

David F Brown 3/8/24

B. Where did this action take place?

Patrick Henry Corr, Green Rock Corr, wallens Ridge Corr

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes ___ No

If your answer to A is Yes, answer the following:

1. Court: United States District Court, West Region
2. Case Number: CA9400147-1-4

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes ✓ No

1. If your answer is Yes, indicate the result:

Filed Complaint to Va States Attorney General office 2021, Calls

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Poisoned at Patrick Henry Corr, Electric Shocked, Experimented on Patrick Henry, Wallens Ridge, Green Rock

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

2017-2019 Tortured in Patrick Henry, Green Rock, Wallens Ridge State Prison Shocked, Poised, Burned, Assaulted

A.                                                                             3/8/24

B.

C.

D.

E." Patrick Henry, Poised By laxitive medication
    Violated Dueprocess Rights medical,
    Green Rock Corr, Shocked
    Installed Bionic eye, voicebox, 2018, Speaker
    Wallens Ridge, Electric Shocked 2018, 2019
    Released 10/19 Monitored By Database.

#2 Resulting Hospitallization After Release
   Culpeper noval Memorial Hospital Has
   Records from 2019 opperation 2020 opperation
   Colon one Half Removed from my body, Four
   Month stay at Culpeper Healthcare Center
   Culpeper va, month to Recovery, two serious
   Surgerys to Stomach area.

3/8/24

Civil Action

Claim #2 E

Culpeper County Jail 2021-2023
Tortured, Shocked, Burned, By ceiling
light fixures, Magnetic, Compulsion
R.S.W Regional Jail, Tortured Shocked
Magnetic, Burns By light fixures, Ceiling
Hydroxed Fixation, 2023 6784/23

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Culpeper Co, $200,000,000, Patrick Co. 200,000,000, Henry Co, $200,000,000 Federal Government $300,000,000

G. If this case goes to trial, do you request a trial by jury?   Yes _✓_   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 3/8/24       SIGNATURE: David F Brown

VERIFICATION:
I, David F Brown , state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/8/24       SIGNATURE: David F Brown

David F Brown
Western State Hospital
Box 2500
Staunton, Virginia 24402-2500



Clerk of The Court
210 Franklin Rd. SW, Rm 540
Roanoke Va 24011

Legal